■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO DEJESUS MORALES, JR., Appellant. [666 NYS2d 448] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered August 26, 1996, convicting him of sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

During the underlying plea allocution, the defendant admitted to acts which constituted the crime of sexual abuse in the

first degree (*see,* Penal Law § 130.65 [3]). Moreover, the record establishes that the defendant knowingly, voluntarily, and intelligently pleaded guilty to the crime (*see, People v Harris,* 61 NY2d 9). Mangano, P. J., Copertino, Joy, Florio and Luciano, JJ., concur.